UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ERIC BOONE,

    Plaintiff,

v.

Case No. 21-cv-11366
Hon. Matthew F. Leitman

UNITED STATES DEPARTMENT
OF JUSTICE, *et al.*,

    Defendants.
_____/

## JUDGMENT

In accordance with the Court's Order (1) Adopting Recommended Disposition of Report and Recommendation (ECF No. 25) and (2) Granting Defendants' Motion to Dismiss (ECF No. 23), dated March 27, 2023,

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of Defendants and against Plaintiff.

                              KINIKIA ESSIX
                              CLERK OF COURT

                      By:   s/Holly A. Ryan
                              Deputy Clerk

Approved:

s/Matthew F. Leitman
MATTHEW F. LEITMAN
United States District Judge

Dated:  March 27, 2023
Detroit, Michigan

1